UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:17-CV-02323-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| **RGG Bascom Landing Partnership,** a California General Partnership; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1